## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JASMIN BRUNK, on behalf of
herself and other similarly situated,

        Plaintiff,

v.                                     Case No. 3:16-cv-00440-BJD-MCR

CAREER EDUCATION CORPORATION
and CENTRAL CREDIT SERVICES, LLC,

        Defendants.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, Central Credit Services, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: April 27, 2016

                                              Respectfully submitted,

                                              /s/ Dayle M. Van Hoose
                                              Dayle M. Van Hoose, Esq.
                                              Florida Bar No. 0016277
                                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, FL 33618
                                              Telephone:   (813) 890-2463
                                              Facsimile:   (866) 466-3140
                                              dvanhoose@sessions.legal

>Attorneys for Defendant,
>Central Credit Services, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of April 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Alexander Burke, Esq.
Daniel J. Marovitch, Esq.
Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601

David M. Marco, Esq.
Larry P. Smith, Esq.
SmithMarco, PC
20 S. Clark Street, Suite 2100
Chicago, IL 60601-5924

Beth E. Terrell, Esq.
Mary B. Reiten, Esq.
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103-8869

Terance A. Gonsalves, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Carrie M. Stickel, Esq.
Charles A. Devore, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Strett
Chicago, IL 60661

>/s/ Dayle M. Van Hoose
>Attorney