UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASMIN BRUNK, on behalf of
herself and other similarly situated,

        Plaintiff,

v.                                        Case No. 3:16-cv-00440-BJD-MCR

CAREER EDUCATION CORPORATION
and CENTRAL CREDIT SERVICES, LLC,

        Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Jasmin Brunk, and defendants, Career Education Corporation and Central Credit Services LLC, hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims, and to the dismissal of the putative class member claims without prejudice, with each side to bear its own fees and costs.

Date: June 20, 2016

Approved:

/s/ Alexander Burke
Alexander Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
312/729-5288/Fax: 312/729-5289
Email: aburke@burkelawllc.com
Attorneys for Plaintiff Jasmin Brunk

/s/ Terance A Gonsalves
Terance A Gonsalves
Katten Muchin Rosenman LLP

525 West Monroe Street
Chicago, IL 60661-3693
312-902-5615/Fax: 312-902-1061
Email: terance.gonsalves@kattenlaw.com
Attorneys for Career Education Corporation

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
(813) 890-2463/Fax:       (866) 466-3140
Email: dvanhoose@sessions.legal
Attorneys for Central Credit Services, LLC

*SO ORDERED:*

_____