## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**JASMIN BRUNK, on behalf of herself
and other similarly situated,**

      **Plaintiff,**

v.                                     **Case No. 3:16-cv-440-J-39MCR**

**CAREER EDUCATION
CORPORATION and CENTRAL
CREDIT SERVICES, LLC,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No.51; Stipulation) filed on June 20, 2016.  In the Stipulation, the parties state that they agree to the dismissal with prejudice of Plaintiff's claims, and to the dismissal without prejudice of the putative class member claims.  See Stipulation at 1.  Accordingly, it is hereby

      **ORDERED**:

1.      The Plaintiff's claims are **DISMISSED with prejudice,** the putative class member claims are **DISMISSED without prejudice.**

2.      Each party shall bear its own fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of June, 2016.

BRIAN J. DAVIS
United States District Judge

kr

Copies to:

Counsel of Record